WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Martin J. Bienenstock, Esq. (MB 3001)
Judy G.Z. Liu, Esq. (JL 6449)
Penny P. Reid, Esq. (PR 5699)
Attorneys for Manufacturers & Traders
Trust Company, as Indenture Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                          :
                                                               :   Chapter 11
                                                               :
CALPINE CORPORATION, et al.,                                   :   Case No. 05-60200 (BRL)
                                                               :
            Debtors.                                           :   (Jointly Administered)
                                                               :
---------------------------------------------------------------x
MANUFACTURERS & TRADERS                                        :
  TRUST COMPANY, AS INDENTURE                                  :
  TRUSTEE,                                                     :
                                                               :
            Appellant,                                         :
                                                               :
      – against –                                              :
                                                               :
CALPINE CORPORATION, et al.,                                   :
                                                               :
            Appellees.                                         :
---------------------------------------------------------------x

STATEMENT OF ISSUES AND DESIGNATION OF RECORD
ON APPEAL OF ORDER (I) GRANTING DEBTORS' LIMITED
OBJECTION TO CLAIM NUMBERS 2664, 3275, 3393 THROUGH 3421
(INCLUSIVE), 3546 THROUGH 3554 (INCLUSIVE), 3586 THROUGH
3588 (INCLUSIVE), 3731, 4073, 5653 THROUGH 5730 (INCLUSIVE), 5791,
AND 5792, (II) DETERMINING VALUE OF THE CALGEN SECURED
DEBT PURSUANT TO RULE 3012 OF THE FEDERAL RULES OF
BANKRUPTCY PROCEDURE; AND (III) AUTHORIZING REPAYMENT
OF CALGEN SECURED DEBT, DATED MARCH 12, 2007 [DOCKET NO. 3970]

NY2:\1742725\01\11CP101!.DOC\61400.0004

Manufacturers & Traders Trust Company, in its capacity as successor indenture trustee to Wilmington Trust FSB ("M&T Bank"), under that certain Third Priority Indenture, dated March 23, 2004 (the "Third Priority Indenture"), among Calpine Generating Company, LLC, CalGen Finance Corp., each of the Guarantors named therein, and Wilmington Trust FSB as indenture trustee, pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), designates the following items to be included in the record on appeal and submits the following statement of the issues to be presented in connection with M&T Bank's appeal from a final order of the United States Bankruptcy Court for the Southern District of New York (per the Honorable Burton R. Lifland) (the "Bankruptcy Court"):

- o Order (I) Granting Debtors Limited Objection to Claim Numbers 2664, 3275, 3393 Through 3421 (Inclusive), 3546 Through 3554 (Inclusive), 3586 Through 3588 (Inclusive), 3731, 4073, 5653 Through 5730 (Inclusive), 5791, and 5792; (II) Determining the Value of the CalGen Secured Debt Pursuant to Rule 3012 of the Federal Rules of Bankruptcy Procedure; and (III) Authorizing Repayment of CalGen Secured Debt, dated March 12, 2007 [Docket No. 3970] (the "Prepayment Order").

The Prepayment Order was entered in connection with the Bankruptcy Court's decision on (I) the Debtors' Motion, dated January 26, 2007 for an Order (i) Authorizing Debtors to Obtain Replacement Postpetition Financing to (a) Refinance Existing Postpetition Financing and (b) Repay Prepetition Debt; (ii) Allowing Debtors' Limited Objection to Claims and (iii) Determining Value of Secured Claims and (II) the Debtors' Seventh Omnibus Objection to Proofs of Claim, dated January 26, 2007.

## I. STATEMENT OF ISSUES ON APPEAL

Pursuant to Bankruptcy Rule 8006, the following is the statement of issues presented by this appeal:

1. Whether the Bankruptcy Court erred as a matter law in determining the allowable claims of M&T Bank arising from the breach of the Third Priority Indenture.

2. Whether the Bankruptcy Court erred as a matter of law in determining that the allowable claims of M&T Bank on account of the prepayment of Third Lien Notes in breach of the "no-call" provision could not be calculated.

3. Whether the Bankruptcy Court erred by and in estimating M&T Bank's allowable claims.

4. Whether the Bankruptcy Court erred in expunging M&T Bank's proof of claim against entities that guaranteed all the obligations under the Third Priority Indenture.

5. Whether the Bankruptcy Court erred as a matter of law in expunging the proof of claim filed by M&T Bank to the extent M&T Bank asserts a claim in respect of all amounts due or that may become due under the Third Priority Indenture on account of indemnification, fees (including legal fees), and costs incurred or to be incurred, by M&T Bank in enforcing any and all rights of M&T Bank under the Third Priority Indenture.

6. Whether the Bankruptcy Court erred as a matter of law in determining that M&T Bank's allowable claim on account of the prepayment of the Third Lien Notes is unsecured pursuant to section 506(b) of the Bankruptcy Code.

7. Whether the Bankruptcy Court erred in overruling M&T Bank's objection to the prepayment of the Third Priority Indenture prior to confirmation of a chapter 11 plan.

## II.  DESIGNATION OF RECORD

M&T Bank hereby designates the following items to be included in the record on appeal:

| Document No | Docket No. | Description |
| --- | --- | --- |
| 1 | | Manufacturers & Traders Trust Company's Master Proof of Claim Number 4073 |
| 2 | 11 | Motion for Order Authorizing Debtors to (I) Continue to Use Existing Cash Management System and Bank Accounts; (II) Continue Intercompany Transactions and Provide Administrative Priority Status to Postpetition Intercompany Claims; (III) Continue to Use Existing Checks and Business Forms and (IV) Continue to Use Existing Investment Practices |
| 3 | 18 | Emergency Motion for (I) Interim Orders (A) Authorizing the Debtors to (1) Obtain Postpetition Secured Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 364(c)(1), 364(c)(2), 364(c)(3) and 364(e), (2) Utilize Cash Collateral Pursuant to 11 U.S.C. § 363, and (3) Provide Adequate Protection to Certain Prepetition Lenders Pursuant to 11 U.S.C. §§ 361, 362 and 363 and (B) Scheduling Final Hearing Pursuant to Fed. R. Bankr. P. 4001(b) and (c) and (II) Final Orders (A) Authorizing Debtors to (1) Obtain Postpetition Secured Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 364(c)(1), 364(c)(2), 364(c)(3) and 364(e), (2) Utilize Cash Collateral Pursuant to 11 U.S.C. § 363, (3) Provide Adequate Protection to Certain Prepetition Lenders Pursuant to 11 U.S.C. §§ 361, 362 and 363, (3) Assume the Geysers Agreement Pursuant to 11 U.S.C. Section 365(a) and Consummate the Transactions Contemplated Thereby Pursuant to § 363(b) and (4) Assume the Agnews Lease Documents Pursuant to 11 U.S.C. Section 365(a) filed by Matthew Allen Cantor on behalf of Calpine Corporation. |
| 4 | 629 | Final Order signed on 1/25/2006 Authorizing Debtors to (I) Continue to Use Existing Cash Management System and Bank Accounts; (II) Continue Intercompany Transactions and Provide Administrative Priority Status to Postpetition Intercompany Claims; (III) Continue to Use Existing Checks and Business Forms and (IV) Continue to Use Existing Investment Practices |
| 5 | 635 | Final Order signed on 1/26/2006 Authorizing Debtors to Obtain Post-Petition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 364(c)(1), 364(c)(2), 364(c)(3), and 364 |
| 6 | 876 | Amended Final Order signed on 2/23/2006 Authorizing Use of Cash Collateral and Granting Adequate Protection |
| 7 | 881 | Second Amended Order signed on 2/24/2006 Authorizing Use of Cash Collateral and Granting Adequate Protection filed February 24, 2006 |
| 8 | 2352 | So Ordered Stipulation signed on 7/27/2006 Allowing (I) Wilmington Trust FSB, as Indenture Trustee, (II) HSBC Bank USA, National Association, as Successor Indenture Trustee, (III) Manufacturers Traders & Trust Company, as Successor Indenture Trustee, and (IV) Wilmington Trust Company, as Collateral Agent, to File a Master Proof of Claim Under One Case Number, On Behalf of Themselves and The Holders of Certain Calgen Notes. |

| Document No | Docket No. | Description |
|---|---|---|
| 9 | 3314 | Agreed Order signed on 12/20/2006 Modifying Cash Collateral Order to Effect Project Intercompany Loan Transfers filed December 20, 2006 |
| 10 | 3397 | Order signed on 12/28/2006 Modifying Cash Collateral Order to Pay Adequate Protection filed December 28, 2006 |
| 11 | 3406 | Calpine Corporation's January 2007 Report On Status Of Reorganization filed on January 16, 2007 |
| 12 | 3423 | Amended Agreed Order, signed 1/17/2007, Modifying Cash Collateral Order to Effect Project Intercompany Loan Transfers filed January 18, 2007 |
| 13 | 3480 | Objection / Debtors' Seventh Omnibus Objection to Proofs of Claim (Equity Interest Claims, Beneficial Noteholder Claims, Insufficient Support Claims, Amended/Replaced Claims, Duplicative Claims and CalGen No Basis Claims) |
| 14 | 3481 | Debtors' Motion for Order (I) Authorizing Debtors to Obtain Replacement Postpetition Financing to (A) Refinance Existing Postpetition Financing and (B) Repay Prepetition Debt; (II) Allowing Debtors' Limited Objection to Claims; and (III) Determining Value of Calpine Corporation |
| 15 | 3689 | Objection to Motion Objection of Beal Bank Nevada to Debtors' Motion for Order (I) Authorizing Debtors to Obtain Replacement Postpetition Financing and (B) Repay Prepetition Debt; (II) Allowing Debtors' Limited Objection to Claims; and (III) Determining Value of Secured Claims filed February 16, 2007 |
| 16 | 3690 | Objection to Motion Objection of Wilmington Trust Company as Collateral Agent to the Debtors' Motion for Order (I) Authorizing Debtors to Obtain Replacement Postpetition Financing to (A) Refinance Existing Postpetition Financing and (B) Repay the Prepetition Debt; (II) Allowing Debtors' Limited Objection to Claims; and (III) Determining Value of Secured Claims |
| 17 | 3691 | Objection to Motion Objection of Wilmington Trust Company as Administrative Agent to the Debtors' Motion for Order (I) Authorizing Debtors to Obtain Replacement Postpetition Financing to (A) Refinance Existing Postpetition Financing and (B) Repay the Prepetition Debt; (II) Allowing Debtors' Limited Objection to Claims; and (III) Determining Value of Secured Claims |
| 18 | 3692 | Objection to Motion Objection of Wilmington Trust FSB as Indenture Trustee to the Debtors' Motion for Order (I) Authorizing Debtors to Obtain Replacement Postpetition Financing to (A) Refinance Existing Postpetition Financing and (B) Repay the Prepetition Debt; (II) Allowing Debtors' Limited Objection to Claims; and (III) Determining Value of Secured Claims |
| 19 | 3694 | Response of HSBC Bank USA, National Association, as Indenture Trustee, (A) In Opposition to Debtors' Motion for Approval of Refinancing, (B) In Opposition to Debtors' Limited Objection to Indenture Trustee's Claim on behalf of Second Lien Noteholders, and (C) in Support of Indenture Trustee's Cross-Motion for Allowance of Claims |
| 20 | 3695 | Affidavit of Jason J. Jack in Support of Response of HSBC Bank USA, National Association, as Indenture Trustee, (A) In Opposition to Debtors' Motion for Approval of Refinancing, (B) In Opposition to Debtors' Limited Objection to Indenture Trustee's Claim on behalf of Second Lien Noteholders, and (C) In Support of Indenture Trustee's Cross-Motion for Allowance of Claims |

| Document No | Docket No. | Description |
|---|---|---|
| 21 | 3696 | Notice of Hearing on Cross-Motion of the Bank of New York, as Administrative Agent, for Allowance of Administrative Agent's Claim |
| 22 | 3698 | Response of the Bank of New York, as Administrative Agent, (A) In Opposition to Debtors' Motion for Approval of Refinancing, (B) In Opposition to Debtors' Limited Objection to Administrative Agent's Claim on behalf of Second Lien Lenders, and (C) In Support of Administrative Agent's Cross-Motion for Allowance of Claims |
| 23 | 3699 | Objection to Motion Limited Objection of The Bank of Nova Scotia to Debtors' Motion for Order (I) Authorizing Debtors to Obtain Replacement Postpetition Financing to (A) Refinance Existing Postpetition Financing and (B) Repay Prepetition Debt; (II) Allowing Debtors' Limited Objection to Claims; and (III) Determining Value of Secured Claims |
| 24 | 3700 | Statement Qualified Statement of the Official Committee of Unsecured Creditors of Calpine Corporation, et al. in Support of the Debtors' Motion for Order (I) Authorizing Debtors to Obtain Replacement Postpetition Financing to (A) Refinance Existing Postpetition Financing and (B) Repay Prepetition Debt; (II) Allowing Debtors' Limited Objection to Claims; and (III) Determining Value of Secured Claims |
| 25 | 3701 | Statement of the Official Committee of Equity Security Holders in Support of the Debtors' Motion for Order (I) Authorizing the Debtors to Obtain Replacement Postpetition Financing to (A) Refinance Existing Postpetition Financing and (B) Repay Prepetition Debt; (II) Allowing Debtors' Limited Objection to Claims; and (III) Determining Value of Secured Claims |
| 26 | 3707 | Objection of Unofficial Committee of Second Lien Debtholders to Debtors' Motion for Order (I) Authorizing Debtors to Obtain Replacement Postpetition Financing to (A) Refinance Existing Postpetition Financing and (B) Repay Prepetition Debt; (II) Allowing Debtors' Limited Objection to Claims; and (III) Determining Value of Secured Claims |
| 27 | 3709 | Motion to File Under Seal /Ex Parte Motion of Manufacturers & Traders Trust Company Pursuant to 11 U.S.C. § 107(b) and Bankruptcy Rule 9018 for Authorization to File a Redacted Version of the Affidavit of Christopher J. Kearns in Support of Manufacturers & Traders Trust Company's (A) Objection to Debtors' Motion for Order (I) Authorizing Debtors to Obtain Replacement Postpetition Financing to (i) Refinance Existing Postpetition Financing and (ii) Repay Prepetition Debt; (II) Allowing Debtors' Limited Objection to Claims; and (III) Determining Value of Secured Claims and (B) Response to Debtors' Seventh Omnibus Objection to Proofs Of Claim |
| 28 | 3710 | Motion of Unofficial Committee of Second Lien Debt holders to file Under Seal Portions of Objection of Unofficial Committee of Second Lien Debt holders to Debtors' Motion for Order (I) Authorizing Debtors to Obtain Replacement Postpetition Financing to (A) Refinance Existing Postpetition Financing and (B) Repay Prepetition Debt; (II) Allowing Debtors' Limited Objection to Claims; and (III) Determining Value of Secured Claims |

| Document No | Docket No. | Description |
|---|---|---|
| 29 | 3711 | Manufacturers & Traders Trust Company's (a) Objection to Motion for Order (I) Authorizing Debtors to Obtain Replacement Postpetition Financing to (i) Refinance Existing Postpetition Financing and (ii) Repay Prepetition Debt; (II) Allowing Debtors' Limited Objection to Claims; and (III) Determining Value of Secured Claims and (B) Response to Debtors' Seventh Omnibus Objection to Proofs of Claim |
| 30 | 3713 | Memorandum of Law of Manufacturers & Traders Trust Company in Support of (A) Objection to Motion for Order (I) Authorizing Debtors to Obtain Replacement Postpetition Financing to (i) Refinance Existing Postpetition Financing and (ii) Repay Prepetition Debt; (II) Allowing Debtors' Limited Objection to Claims; and (III) Determining Value of Secured Claims and (B) Response to Debtors' Seventh Omnibus Objection to Proofs of Claim |
| 31 | 3725 | Order signed on 2/20/2007 Granting Exparte Motion of Unofficial Committee of Second Lien Debtholders to file Under Seal Portions of Objection of Unofficial Committee of Second Lien Debtholders to Debtors' Motion for Order (i) Authorizing Debtors to Obtain Replacement Postpetition Financing to (a) Refinance Existing Postpetition Financing and (B) Repay Prepetition Debt; (ii) Allowing Debtors' Limited Objection to Claims; and (iii) Determining Value of Secured ClaimS |
| 32 | 3735 | Statement /Joinder of The Bank of New York, as Administrative Agent, in Objection of the Unofficial Committee of Second Lien Debtholders to Debtors' Motion for Order (I) Authorizing Debtors to Obtain Replacement Postpetition Financing to (A) Refinance Existing Postpetition Financing and (B) Repay Prepetition Debt; (II) Allowing Debtors' Limited Objection to Claims; and (III) Determining Value of Secured Claims |
| 33 | 3744 | Order signed on 2/21/2007 Authorizing Manufacturers & Traders Trust Company to File a Redacted Version of the Affidavit of Christopher J. Kearns in Support of Manufacturers & Traders Trust Company's (A) Objection to Debtors' Motion for Order (I) Authorizing Debtors to Obtain Replacement Postpetition Financing to (i) Refinance Existing Postpetition Financing and (ii) Repay Prepetition Debt; (II) Allowing Debtors' Limited Objection to Claims; and (III) Determining Value of Secured Claims and (B) Response to Debtors' Seventh Omnibus Objection to Proofs of Claim |
| 34 | 3747 | Amended Affidavit of Christopher J. Kearns In Support of (A) Objection of Manufacturers & Traders Trust Company to Debtors' Motion for Order (I) Authorizing Debtors to Obtain Replacement Postpetition Financing to (i) Refinance Existing Postpetition Financing and (ii) Repay Prepetition Debt; (II) Allowing Debtors' Limited Objection to Claims; and (III) Determining Value of Secured Claims and (B) Response to Debtors' Seventh Omnibus Objection to Proofs of Claim |
| 35 | 3749 | Affidavit of Jason J. Jack in Support of Response of The Bank of New York, as Administrative Agent, (A) In Opposition to Debtors' Motion for Approval of Refinancing, (B) In Opposition to Debtors' Limited Objection to Administrative Agent's Claim on Behalf of Second Lien Lenders, and (C) In Support of Administrative Agent's Cross-Motion for Allowance of Claims |

| Document No | Docket No. | Description |
|---|---|---|
| 36 | 3750 | Supplemental Affidavit Of Jason J. Jack In Support Of Response Of HSBC Bank USA, National Association, As Indenture Trustee, (A) In Opposition To Debtors' Motion For Approval Of Refinancing, (B) In Opposition To Debtors' Limited Objection To Indenture Trustee's Claim On Behalf Of Second Lien Noteholders, And (C) In Support Indenture Trustee's Cross-Motion For Allowance Of Claims |
| 37 | 3753 | Motion to File Under Seal Ex Parte Motion of (I) Wilmington Trust Company as Collateral Agent; (ii) Wilmington Trust Company as Administrative Agent; and (III) Wilmington Trust FSB as Indenture Trustee, pursuant to 11 U.S.C. § 107(b) and Bankruptcy Rule 9018 for Authorization to File Under Seal the Affidavits of Anders Maxwell and Stephen Darr in Support of (I) Wilmington Trust Company as Collateral Agent; (ii) Wilmington Trust Company as Administrative Agent; and (III) Wilmington Trust FSB as Indenture Trustee's Individual Objections to the Debtors to Obtain Replacement Postpetition Financing to (i) Refinance Existing Postpetition Financing and (ii) Repay Prepetition Debtor; (II) Allowing Debtors' Limited Objection to Claims; and (III) Determining Value of Secured Claims |
| 38 | 3763 | Debtors' Consolidated Reply to Objections to Debtors' Motion for Order (I) Authorizing Debtors to Obtain Replacement Postpetition Financing to (A) Refinance Existing Postpetition Financing and (B) Repay Prepetition Debt; (II) Allowing Debtors' Limited Objection to Claims; and (III) Determining Value of Secured Claims (Attachments: # (1) Exhibit A# (2) Exhibit B) |
| 39 | 3765 | Omnibus Reply to Objections to the Debtors' Refinancing Motion |
| 40 | 3771 | Emergency Motion of Manufacturers & Traders Trust Company to Adjourn Hearing to Consider Debtors' (A) Motion for Order (I) Authorizing Debtors to Obtain Replacement Postpetition Financing to (i) Refinance Existing Postpetition Financing and (ii) Repay Prepetition Debt; (II) Allowing Debtors' Limited Objection to Claims; (III) Determining Value of Secured Claims and (B) Seventh Omnibus Objection to Proofs of Claim |
| 41 | 3775 | Motion to Join Joinder of HSBC Bank USA, National Association, as Indenture Trustee, and The Bank of New York, as Administrative Agent, to Emergency Motion of Manufacturers & Traders Company to Adjourn Hearing to Consider Debtors' (A) Motion for Order (I) Authorizing Debtors to Obtain Replacement Postpetition Financing to (1) Refinance Existing Postpetition Financing and (2) Repay Prepetition Debt; and (II) Allowing Debtors' Limited Objection to Claims; and (III) Determining Value of Secured Claims and (B) Seventh Omnibus Objection to Proofs of Claim |
| 42 | 3777 | Motion to File Under Seal the Emergency Motion of Wilmington Trust Company as Administrative Agent and Wilmington Trust FSB as Indenture Trustee |

| Document No | Docket No. | Description |
|---|---|---|
| 43 | 3786 | Surreply of HSBC Bank USA, National Association, as Indenture Trustee and The Bank of New York, as Administrative Agent, (A) In Opposition to Debtors' Motion for Approval of Refinancing, (B) In Opposition to Debtors' Limited Objection to Indenture Trustee's and Administrative Agent's Claims on Behalf of Second Lien Noteholders and Second Lien Lenders, and (C) In Support of Indenture Trustee's and Administrative Agent's Cross-Motion for Allowance of Claims |
| 44 | 3792 | Manufacturers & Traders Trust Company's Sur-Reply to the Debtors' Consolidated Reply to (A) Objections to Motion for Order (I) Authorizing Debtors to Obtain Replacement Postpetition Financing to (i) Refinance Existing Postpetition Financing and (ii) Repay Prepetition Debt; (II) Allowing Debtors' Limited Objection to Claims; and (III) Determining Value of Secured Claims and (B) Response to Debtors' Seventh Omnibus Objection to Proofs of Claim |
| 45 | 3793 | Sur-Reply to Motion Consolidated Reply to Objections to Debtors' Motion for Order (I) Authorizing Debtors to Obtain Replacement Postpetition Financing to (A) Refinance Existing Postpetition Financing and (B) Repay the Prepetition Debt; (ii) Allowing Debtors Limited Objections to Claims; and (III) Determining Value of Secured Claims |
| 46 | 3817 | Document (UNDER SEAL) Surreply of HSBC Bank USA, National Association |
| 47 | 3819 | Document (UNDER SEAL) Declaration of David S. Elkin in Support of Surreply on Behalf of HSBC Bank USA, National Association |
| 48 | 3875 | Written Opinion/Memorandum Decision and Order signed on 3/5/2007 Granting, In Part, Debtors? Motion For An Order (i) Authorizing Debtors To Obtain Replacement Postpetition Financing To (A) Refinance Existing Postpetition Financing And (B) Repay Prepetition Debt; (ii) Allowing Debtors? Limited Objection To Claims; And (iii) Determining Value Of Secured Claims |
| 49 | 3883 | Transcript of Hearing on Motion on February 27, 2007 |
| 50 | 3912 | Order signed on 3/7/2007 Granting The Ex Parte Motion Of (i) Wilmington Trust Company As Administrative Agent; And, (ii) Wilmington Trust FSB As Indenture Trustee Pursuant To 11 U.S.C. Section 107(b) And Bankruptcy Rule 9018 For Authorization To File Under Seal The Emergency Motion Of Wilmington Trust Company As Administrative Agent And Wilmington Trust FSB As Indenture Trustee To Compel Production Or, In The Alternative, To Preclude Entry Of Evidence And For A Continuance Of The Hearing Scheduled For February 26, 2007 |
| 51 | 3913 | Order Granting The Ex Parte Motion Of (i) Wilmington Trust Company As Administrative Agent; And, (ii) Wilmington Trust FSB As Indenture Trustee Pursuant To 11 U.S.C. Section 107(b) And Bankruptcy Rule 9018 For Authorization To File Under Seal The Emergency Motion Of Wilmington Trust Company As Administrative Agent And Wilmington Trust FSB As Indenture Trustee To Compel Production Or, In The Alternative, To Preclude Entry Of Evidence And For A Continuance Of The Hearing Scheduled For February 26, 2007 |

| Document No | Docket No. | Description |
|---|---|---|
| 52 | 3967 | Document (UNDER SEAL) re The Ex Parte Motion of Wilmington Trust Company ... to Compel Production or to Preclude Entry of Evidence and for a continuance of the hearing scheduled for February, 2007; the Affidavits of Anders Maxwell and Stephen Darr in Support of Wilmington Trust Company, Individual Objections to Debtors? Motion for Order: (1) Authorizing Debtors to Obtain Replacement Postpetition Financing to (i) Refinance Existing Postpetition Financing and (ii) Repay Prepetition Debtor; (2) Allowing Debtors? Limited Objection to Claims; and (iii) Determining Value of Secured Claims |
| 53 | 3970 | Order Granting Debtors' Limited Objection To Claim Numbers 2664, 3275, 3393 Through 3421 (Inclusive), 3546 Through 3554 (Inclusive), 3586 Through 3588 (Inclusive), 3731, 4073, 5653 Through 5730 (Inclusive), 5791, and 5792; (II) Determining The Value of the Calgen Secured Debt Pursuant to Rule 3012 of the Federal Rules of Bankruptcy Procedure; and (III) Authorizing Repayment of Calgen Secured Debt |
| 54 | 3972 | Order Authorizing Debtors to Obtain Post-Petition Financing Pursuant to 11 U.S.C. §§ 105,361, 362, 364(c)(1), 362(c)(2), 364 (c)(3), 364 (d) and 364(e) |
| 55 | 4001 | Notice of Appeal filed by Mark R. Somerstein on behalf of HSBC Bank USA, N.A., as Indenture Trustee |
| 56 | 4002 | Notice of Appeal filed by Mark R. Somerstein on behalf of The Bank of New York, as Administrative Agent for the Holders of the Second Priority Secured Term Loans |
| 57 | 4004 | Notice of Appeal filed by Mark R. Somerstein on behalf of The Bank of New York, as Administrative Agent under the Calpine Second Lien Term Loans |
| 58 | 4005 | Notice of Appeal filed by Mark R. Somerstein on behalf of HSBC Bank USA, N.A., as Indenture Trustee |
| 59 | 4006 | Notice of Appeal Of Order (I) Granting Debtors' Limited Objection To Claim Numbers 2664, 3275, 3393 Through 3421 (Inclusive), 3546 Through 3554 (Inclusive), 3586 Through 3588 (Inclusive), 3731, 4073, 5653 Through 5730 (Inclusive), 5791, and 5792, (II) Determining Value of the Calgen Secured Debt Pursuant to Rule 3012 Of The Federal Rules Of Bankruptcy Procedure; and (III) Authorizing Repayment Of Calgen Secured Debt, Dated March 12, 2007 [Docket No. 3970] |
| 60 | 4007 | Notice of Appeal Of Memorandum Decision and Order Granting, In Part, Debtors' Motion For An Order (I) Authorizing Debtors to Obtain Replacement Postpetition Financing to (A) Refinance Existing Postpetition Financing and (B) Repay Prepetition Debt; (II) Allowing Debtors' Limited Objection To Claims and (III) Determining Value Of Secured Claims, Dated March 5, 2007 [Docket No. 3875] |
| 61 | 4011 | Notice of Appeal of Wilmington Trust Company as Adminstrative Agent |
| 62 | 4012 | Notice of Appeal of Wilmington Trust Company as Administrative Agent |
| 63 | 4013 | Notice of Appeal of Wilmington Trust Company as Administrative Agent |

| Document No | Docket No. | Description |
|---|---|---|
| 64 | 4015 | Notice of Appeal of Calpine Corporation, et al. of Memorandum Decision and Order Granting, in part, Debtors' Motion for an Order (I) Authorizing Debtors to Obtain Replacement Postpetition Financing to (A) Refinance Existing Postpetition Financing and (B) Repay Prepetition Debt; (II) Allowing Debtors' Limited Objection to Claims; and (III) Determining Value of Secured Claims |
| 65 | 4017 | Notice of Appeal of Wilmington Trust Company as Collateral Agent |
| 66 | 4018 | Notice of Appeal of Wilmington Trust FSB as Indenture Trustee |
| 67 | 4020 | Notice of Appeal of Wilmington Trust FSB as Indenture Trustee |
| 68 | 4021 | Notice of Appeal of the Official Committee of Unsecured Creditors of Calpine Corporation |
| 69 | 4030 | Notice of Appeal of the Official Committee of Equity Security Holders from the Memorandum Decision and Order Granting, in part, Debtors' Motion for an Order (I) Authorizing Debtors to Obtain Replacement Postpetition Financing to (A) Refinance Existing Postpetition Financing and (B) Repay Prepetition Debt; (II) Allowing Debtors' Limited Objection to Claims; and (III) Determining Value of Secured Claims, entered March 5, 2007 filed by Gary Kaplan on behalf of Official Committee of Equity Security Holders of Calpine Corporation, et al |
| 70 | 4031 | Notice of Appeal of the Official Committee of Equity Security Holders from an Order (I) Granting Debtors' Limited Objection to Claim Numbers 2664, 3275, 3393 Through 3421 (Inclusive), 3546 Through 3554 (Inclusive), 3586 Through 3588 (Inclusive), 3731, 4073, 5653 Through 5730 (Inclusive), 5791, and 5792; (II) Determining the Value of the CalGen Secured Debt Pursuant to Rule 3012 of the Federal Rules of Bankruptcy Procedure; and (III) Authorizing Repayment of CalGen Secured Debt, entered March 12, 2007 |
| 71 | 4038 | Amended Notice of Appeal of the Official Committee of Equity Security Holders from an Order (I) Granting Debtors' Limited Objection to Claim Numbers 2664, 3275, 3393 Through 3421 (Inclusive), 3546 Through 3554 (Inclusive), 3586 Through 3588 (Inclusive), 3731, 4073, 5653 Through 5730 (Inclusive), 5791, and 5792; (II) Determining the Value of the CalGen Secured Debt Pursuant to Rule 3012 of the Federal Rules of Bankruptcy Procedure; and (III) Authorizing Repayment of CalGen Secured Debt, entered March 12, 2007 filed by Gary Kaplan on behalf of Official Committee of Equity Security Holders of Calpine Corporation, et al |
| 72 | 4043 | Notice of Appeal of Calpine Corporation, et al. of Order Granting Debtors' Limited Objection to Claim Numbers 2664, 3275, 3393 through 3421 (Inclusive), 3546 through 3554 (Inclusive), 3586 through 3588 (Inclusive), 3731, 4073, 5653 through 5730 (Inclusive), 5791, and 5792; (II) Determining the Value of the CalGen Secured Debt Pursuant to Rule 3012 of the Federal Rules of Bankruprtcy Procedure; and (III) Authorizing Repayment of CalGen Secured Debt |
| 73 | 4053 | Notice of Appeal of the Official Committee of Unsecured Creditors of Calpine Corporation, et al. |
| 74 | 4050 Ex. 10 | Calpine Generating Company LLC's 10-Q for Quarter Ending September 30, 2006 |

| Document No | Docket No. | Description |
|---|---|---|
| 75 | 4050 Ex. 11 | Credit and Guarantee Agreement, dated as of March 23, 2004, among CalGen Generating Company, LLC, the guarantors a party thereto, Term Loan Administrative Agent, and current and future lenders with respect to certain First Priority Secured Institutional Term Loans Due 2009 in the original principal amount of $600,000,000 |
| 76 | 4050 Ex. 12 | Amended and Restated Credit Agreement, dated as of March 23, 2004, among CalGen Generating Company, LLC, the guarantors a party thereto, the Revolving Loan Administrative Agent, Bayerische Landesbank Cayman Island Branch, Credit Lyonnais, ING Capital LLC, Toronto Dominion (Texas) Inc., Union Bank of California, N.A., and current and future lenders with respect to certain First Priority Secured Revolving Loans in the original principal amount of $200,000,000 |
| 77 | 4050 Ex. 14 | Credit and Guaranty Agreement, dated as of March 23, 2004, among CalGen Generating Company, LLC, the guarantors a party thereto, Term Loan Administrative Agent, and current and future lenders with respect to certain Second Priority Secured Institutional Term Loans Due 2010 in the original principal amount of $100,000,000 |
| 78 | 4050 Ex. 15 | Collateral Trust and Intercreditor Agreement dated March 23, 2004 |
| 79 | 4050 Ex. 16 | Security Agreement dated as of March 23, 2004 (granting security interests in "Article 9 Collateral" of Calpine Generating Company LLC and in the Guarantors) |
| 80 | 4050 Ex. 2 | First Priority Indenture, dated as of March 23, 2004, by and among the Issuers, the guarantors a party thereto and Trustee |
| 81 | 4050 Ex. 3 | Second Priority Indenture, dated as of March 23, 2004, by and among the Issuers, the guarantors a party thereto and Trustee |
| 82 | 4050 Ex. 4 | Third Priority Indenture, dated as of March 23, 2004, by and among the Issuers, the guarantors a party thereto and Trustee |
| 83 | 4050 Ex. 5 | Calpine Generating Company LLC's 10-K for Fiscal Year Ending December 31, 2004 |
| 84 | 4050 Ex. 6 | Calpine Generating Company LLC's 10-K for Fiscal Year Ending December 31, 2005 |
| 85 | 4050 Ex. 7 | Calpine Generating Company LLC's 10-Q for Quarter Ending September 30, 2006 |
| 86 | 4050 Ex. 8 | Calpine Generating Company LLC's 10-Q for Quarter Ending June 30, 2006 |
| 87 | 4050 Ex. 9 | Calpine Generating Company LLC's 10-Q for Quarter Ending March 31, 2006 |
| 88 | 4077 | Document (UNDER SEAL) re Affidavit of Christopher J. Kearns in Support of Manufacturers & Traders Trust Company's Objection to Debtors' Motion for Order re Debtors to Obtain Replacement Postpetition Financing; Limited Objection to Claims; Determining Value of Secured Claims; and Response to Debtors' Seventh Omnibus Objection to Proofs of Claim |
| 89 | 4092 | Letter, dated March 9, 2007, to the Hon. Burton R. Lifland |

| Document No. | Case No. | Docket No. | Description |
|---|---|---|---|
| 90 | 05-60227 | 1 | Voluntary Petition filed by Calpine Freestone Energy GP, LLC |
| 91 | 05-60227 | 3 | Schedules of Assets and Liabilities filed by Calpine Freestone Energy GP, LLC |

| Document No. | Case No. | Docket No. | Description |
|---|---|---|---|
| 92 | 05-60227 | 4 | Statement of Financial Affairs filed by Calpine Freestone Energy GP, LLC |
| 93 | 05-60229 | 1 | Voluntary Petition filed by Calgen Finance Corp. |
| 94 | 05-60229 | 3 | Schedules of Assets and Liabilities filed by Calgen Finance Corp. |
| 95 | 05-60229 | 4 | Statement of Financial Affairs filed by Calgen Finance Corp. |
| 96 | 05-60230 | 1 | Voluntary Petition filed by Calpine Freestone Energy LP |
| 97 | 05-60230 | 3 | Schedules of Assets and Liabilities filed by Calpine Freestone Energy LP |
| 98 | 05-60230 | 4 | Statement of Financial Affairs filed by Calpine Freestone Energy LP |
| 99 | 05-60231 | 1 | Voluntary Petition filed by Calpine Freestone, LLC. on December 21, 2005 |
| 100 | 05-60231 | 3 | Schedules of Assets and Liabilities filed by Calpine Freestone, LLC |
| 101 | 05-60231 | 4 | Statement of Financial Affairs filed by Calpine Freestone, LLC |
| 102 | 05-60236 | 1 | Voluntary Petition filed by Calgen Project Equipment Finance Company One, LLC |
| 103 | 05-60236 | 3 | Statement of Financial Affairs filed by Calgen Project Equipment Finance Company One, LLC |
| 104 | 05-60236 | 4 | Statement of Financial Affairs filed by Calgen Project Equipment Finance Company One, LLC |
| 105 | 05-60236 | 5 | Schedules of Assets and Liabilities filed by Calgen Equipment Finance Holdings, LLC |
| 106 | 05-60237 | 1 | Voluntary Petition filed by Calpine Generating Company, LLC |
| 107 | 05-60237 | 3 | Schedules of Assets and Liabilities filed by Calpine Generating Company, LLC |
| 108 | 05-60237 | 4 | Statement of Financial Affairs filed by Calpine Generating Company, LLC |
| 109 | 05-60247 | 1 | Voluntary Petition filed by Calpine Corpus Christi Energy GP, LLC |
| 110 | 05-60247 | 3 | Schedules of Assets and Liabilities filed by Calpine Corpus Christi Energy GP, LLC |
| 111 | 05-60247 | 4 | Statement of Financial Affairs filed by Calpine Corpus Christi Energy GP, LLC |
| 112 | 05-60249 | 1 | Voluntary Petition filed by Calgen Equipment Finance Company, LLC |
| 113 | 05-60249 | 3 | Statement of Financial Affairs filed by Calgen Equipment Finance Company, LLC |
| 114 | 05-60249 | 4 | Schedules of Assets and Liabilities filed by Calgen Equipment Finance Company, LLC |
| 115 | 05-60251 | 1 | Voluntary Petition filed by Calgen Equipment Finance Holdings, LLC |
| 116 | 05-60251 | 3 | Statement of Financial Affairs filed by Calgen Equipment Finance Holdings, LLC |
| 117 | 05-60251 | 4 | Statement of Financial Affairs filed by Calgen Equipment Finance Holdings, LLC |
| 118 | 05-60251 | 5 | Schedule of Assets and Liabilities filed by Calgen Equipment Finance Holdings, LLC |

| Document No. | Case No. | Docket No. | Description |
|---|---|---|---|
| 119 | 05-60253 | 1 | Voluntary Petition filed by Calgen Expansion Company, LLC |
| 120 | 05-60253 | 3 | Schedules of Assets and Liabilities filed by Calgen Expansion Company, LLC |
| 121 | 05-60253 | 4 | Statement of Financial Affairs filed by Calgen Expansion Company, LLC |
| 122 | 05-60255 | 1 | Voluntary Petition filed by Baytown Energy Center, LP. |
| 123 | 05-60255 | 3 | Schedules of Assets and Liabilities filed by Baytown Energy Center, LP |
| 124 | 05-60255 | 4 | Statement of Financial Affairs filed by Baytown Energy Center, LP |
| 125 | 05-60256 | 1 | Voluntary Petition filed by Baytown Power GP, LLC |
| 126 | 05-60256 | 3 | Schedules of Assets and Liabilities filed by Baytown Power GP, LLC |
| 127 | 05-60256 | 4 | Statement of Financial Affairs filed by Baytown Power GP, LLC |
| 128 | 05-60258 | 1 | Voluntary Petition filed by Baytown Power, LP |
| 129 | 05-60258 | 3 | Statement of Financial Affairs filed by Baytown Power, LP |
| 130 | 05-60258 | 4 | Schedules of Assets and Liabilities filed by Baytown Power, LP |
| 131 | 05-60261 | 1 | Voluntary Petition filed by Calpine Corpus Christi Energy LP |
| 132 | 05-60261 | 3 | Statement of Financial Affairs filed by Calpine Corpus Christi Energy LP |
| 133 | 05-60261 | 4 | Schedules of Assets and Liabilities filed by Calpine Corpus Christi Energy LP |
| 134 | 05-60262 | 1 | Voluntary Petition filed by Calgen Project Equipment Finance Company Two, LLC |
| 135 | 05-60262 | 3 | Statement of Financial Affairs filed by Calgen Project Equipment Finance Company Two, LLC |
| 136 | 05-60262 | 4 | Schedules of Assets and Liabilities filed by Calgen Project Equipment Finance Company Three, LLC |
| 137 | 05-60275 | 1 | Voluntary Petition filed by Channel Energy Center, LP |
| 138 | 05-60275 | 3 | Statement of Financial Affairs filed by Channel Energy Center, LP |
| 139 | 05-60275 | 4 | Schedules of Assets and Liabilities filed by Channel Energy Center, LP |
| 140 | 05-60276 | 1 | Voluntary Petition filed by Channel Power GP, LLC |
| 141 | 05-60276 | 3 | Schedules of Assets and Liabilities filed by Channel Power GP, LLC |
| 142 | 05-60276 | 4 | Statement of Financial Affairs filed by Channel Power GP, LLC |
| 143 | 05-60277 | 1 | Voluntary Petition filed by Channel Power, LP |
| 144 | 05-60277 | 3 | Schedules of Assets and Liabilities filed by Channel Power, LP |
| 145 | 05-60277 | 4 | Statement of Financial Affairs filed by Channel Power, LP |
| 146 | 05-60293 | 1 | Voluntary Petition filed by CPN Freestone, LLC |
| 147 | 05-60293 | 3 | Schedules of Assets and Liabilities filed by CPN Freestone, LLC |

| Document No. | Case No. | Docket No. | Description |
|---|---|---|---|
| 148 | 05-60293 | 4 | Statement of Financial Affairs filed by CPN Freestone, LLC |
| 149 | 05-60302 | 1 | Voluntary Petition filed by Calpine Pastoria Holdings, LLC |
| 150 | 05-60302 | 3 | Schedules of Assets and Liabilities filed by Calpine Pastoria Holdings, LLC |
| 151 | 05-60302 | 4 | Statement of Financial Affairs filed by Calpine Pastoria Holdings, LLC |
| 152 | 05-60304 | 1 | Voluntary Petition filed by Calpine Northbrook Southcoast Investors, LLC |
| 153 | 05-60304 | 3 | Schedules of Assets and Liabilities filed by Calpine Northbrook Southcoast Investors, LLC |
| 154 | 05-60304 | 4 | Statement of Financial Affairs filed by Calpine Northbrook Southcoast Investors, LLC |
| 155 | 05-60310 | 1 | Voluntary Petition filed by Calpine Power Equipment, LP |
| 156 | 05-60310 | 3 | Schedules of Assets and Liabilities filed by Calpine Power Equipment, LP |
| 157 | 05-60310 | 4 | Statement of Financial Affairs filed by Calpine Power Equipment, LP |
| 158 | 05-60311 | 1 | Voluntary Petition filed by Calpine Oneta Power I, LLC |
| 159 | 05-60311 | 3 | Schedules of Assets and Liabilities filed by Calpine Oneta Power I, LLC |
| 160 | 05-60311 | 4 | Statement of Financial Affairs filed by Calpine Oneta Power I, LLC |
| 161 | 05-60313 | 1 | Voluntary Petition filed by Decatur Energy Center, LLC |
| 162 | 05-60313 | 3 | Statement of Financial Affairs filed by Decatur Energy Center, LLC |
| 163 | 05-60313 | 4 | Schedules of Assets and Liabilities filed by Decatur Energy Center, LLC |
| 164 | 05-60315 | 1 | Voluntary Petition filed by Calpine Oneta Power II, LLC |
| 165 | 05-60315 | 3 | Schedules of Assets and Liabilities filed by Calpine Oneta Power II, LLC |
| 166 | 05-60315 | 4 | Statement of Financial Affairs filed by Calpine Oneta Power II, LLC |
| 167 | 05-60318 | 1 | Voluntary Petition filed by Calpine Oneta Power, LP |
| 168 | 05-60318 | 3 | Schedules of Assets and Liabilities filed by Calpine Oneta Power, LP |
| 169 | 05-60318 | 4 | Statement of Financial Affairs filed by Calpine Oneta Power, LP |
| 170 | 05-60320 | 1 | Voluntary Petition filed by Calpine Baytown Energy Center LP, LLC |
| 171 | 05-60320 | 3 | Schedules of Assets and Liabilities filed by Calpine Baytown Energy Center LP, LLC |
| 172 | 05-60320 | 4 | Statement of Financial Affairs filed by Calpine Baytown Energy Center LP, LLC |
| 173 | 05-60339 | 1 | Voluntary Petition filed by Freestone Power Generation, LP |
| 174 | 05-60339 | 3 | Schedules of Assets and Liabilities filed by Freestone Power Generation, LP |

| Document No. | Case No. | Docket No. | Description |
|---|---|---|---|
| 175 | 05-60339 | 4 | Statement of Financial Affairs filed by Freestone Power Generation, LP |
| 176 | 05-60340 | 1 | Voluntary Petition filed by Calpine Channel Energy Center GP, LLC |
| 177 | 05-60340 | 3 | Schedules of Assets and Liabilities filed by Calpine Channel Energy Center GP, LLC |
| 178 | 05-60340 | 4 | Statement of Financial Affairs filed by Calpine Channel Energy Center GP, LLC |
| 179 | 05-60352 | 1 | Voluntary Petition filed by Calpine Calgen Holdings, Inc. |
| 180 | 05-60352 | 3 | Statement of Financial Affairs filed by Calpine Calgen Holdings, Inc. |
| 181 | 05-60352 | 4 | Schedules of Assets and Liabilities filed by Calpine Calgen Holdings, Inc. |
| 182 | 05-60353 | 1 | Voluntary Petition filed by Morgan Energy Center, LLC |
| 183 | 05-60353 | 3 | Schedules of Assets and Liabilities filed by Morgan Energy Center, LLC |
| 184 | 05-60353 | 4 | Statement of Financial Affairs filed by Morgan Energy Center, LLC |
| 185 | 05-60356 | 1 | Voluntary Petition filed by Nueces Bay Energy, LLC |
| 186 | 05-60356 | 3 | Schedules of Assets and Liabilities filed by Nueces Bay Energy, LLC |
| 187 | 05-60356 | 4 | Statement of Financial Affairs filed by Nueces Bay Energy, LLC |
| 188 | 05-60375 | 1 | Voluntary Petition filed by Delta Energy Center, LLC |
| 189 | 05-60375 | 3 | Schedules of Assets and Liabilities filed by Delta Energy Center, LLC |
| 190 | 05-60375 | 4 | Statement of Financial Affairs filed by Delta Energy Center, LLC |
| 191 | 05-60405 | 1 | Voluntary Petition filed by Los Medanos Energy Center, LLC |
| 192 | 05-60405 | 3 | Statement of Financial Affairs filed by Los Medanos Energy Center, LLC |
| 193 | 05-60405 | 4 | Schedules of Assets and Liabilities filed by Los Medanos Energy Center, LLC |
| 194 | 05-60410 | 1 | Voluntary Petition filed by Pastoria Energy Facility, LLC |
| 195 | 05-60410 | 3 | Statement of Financial Affairs filed Pastoria Energy Facility, LLC |
| 196 | 05-60410 | 4 | Schedules of Assets and Liabilities filed by Pastoria Energy Facility, LLC |
| 197 | 05-60440 | 1 | Voluntary Petition filed by Columbia Energy, LLC |
| 198 | 05-60440 | 3 | Schedules of Assets and Liabilities filed by Columbia Energy, LLC |
| 199 | 05-60440 | 4 | Statement of Financial Affairs filed by Columbia Energy, LLC |
| 200 | 05-60441 | 1 | Voluntary Petition filed by Corpus Christi Cogeneration, LP |
| 201 | 05-60441 | 3 | Schedules of Assets and Liabilities filed by Corpus Christi Cogeneration, LP |
| 202 | 05-60441 | 4 | Statement of Financial Affairs filed by Corpus Christi Cogeneration, LP |

| Document No. | Case No. | Docket No. | Description |
|---|---|---|---|
| 203 | 05-60453 | 1 | Voluntary Petition filed by Calpine Baytown Energy Center GP, LLC. on December 21, 2005 |
| 204 | 05-60453 | 3 | Schedules of Assets and Liabilities filed by Calpine Baytown Energy Center GP, LLC |
| 205 | 05-60453 | 4 | Statement of Financial Affairs filed by Calpine Baytown Energy Center GP, LLC |
| 206 | 05-60460 | 1 | Voluntary Petition filed by Carville Energy, LLC |
| 207 | 05-60460 | 3 | Shedules of Assets and Liabilities filed by Carville Energy, LLC |
| 208 | 05-60460 | 4 | Statement of Financial Affairs filed by Carville Energy, LLC |
| 209 | 05-60380 | 1 | Voluntary Petition filed by Zion Energy, LLC |
| 210 | 05-60380 | 3 | Statement of Financial Affairs filed by Zion Energy, LLC |
| 211 | 05-60380 | 4 | Schedules of Assets and Liabilities filed by Zion Energy, LLC |

Dated:     March 23, 2007
           New York, New York

/s/ Judy G.Z. Liu
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Martin J. Bienenstock, Esq. (MB 3001)
Judy G.Z. Liu, Esq. (JL 6449)
Penny P. Reid, Esq. (PR 5699)
Attorneys for Manufacturers & Traders
Trust Company, as Indenture Trustee